US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FORT-SMITH DIVISION

SEP −9 2024

Ronald E. Dowling
By_____
Deputy Clerk

| | | |
|---|---|---|
| Yoram Razz | * | CIVIL ACTION |
| | * | 2:24 2114 |
| Versus | * | |
| | * | |
| State of Israel, c/o Prime Minister Benjamin Netanyahu | * | JUDGE: |
| Daniel Perry, Sheriff of Crawford County, Arkansas | * | |
| Joshua Winford, Chief of Police, Dyer, Arkansas | * | |
| Joseph Saunders, Fire Chief, Dyer, Arkansas | * | |
| Jonathan Wear, Chief of Police, Van Buren, Arkansas | * | |
| ALDI USA, 1540 E Jackson St, Macomb, IL 61455 | * | |

.

.

URGENT CONSTITUTIONAL AND CIVIL-RIGHTS COMPLAINT AGAINST
LETHAL FOREIGN SPY OPERATIONS ON AMERICAN SOIL IN CAHOOTS
WITH AMERICAN SHERIFFS SEEKING INJUNCTIVE RELIEF TO
PROTECT THREATENED LIFE AND FOR SUBSTANTIAL DAMAGES

-----------------------------------------------------------------------------------------------------

.

The **urgent** Complaint of Yoram Razz, a resident of Crawford County,
Arkansas, a law-abiding man, an individual of good and moral character and a
proud United States citizen, who, in face of injuries and threats against his life,
respectfully seeks the Honorable Court's prompt intervention to apply the
protections guaranteed in United States Constitution against Tyrannic Political

1

Persecution (Including Illegal and Very Invasive 37-years Surveillance, Voyeurism and Sting-Operations, Home - Invasion and Attempted - Kidnapping) and for substantial damages, to wit:

.

**1)** Made defendant herein:

.

**1.1)** **[Under 28 U.S.C. § 1605(a)(5)]** General Security Service (ISA (Sherut Bitahon Klali, Hebrew: שֵׁירוּת הַבִּיטָחוֹן הַכְּלָלִי ) (aka Shin-Bet, aka Shabak), Office of the Prime Minister, Kiryat Ben-Gurion, Building 3, Jerusalem 9195015 Israel. (Shin-Bet is the primary **spy** organization of the State of Israel and administratively attached to the Office of the Prime-Minister). Shin-Bet has been conducting an unrelenting and very violative and **illegal** Electronic Surveillance of Razz in the United States since October 1987 (For Thirty Seven (37) years Continuously!), Following Execution of Razz by Lethal Injection under Israeli-Nazi Euthanasia program to eliminate sick or weak children (See Appendix 1) and non-stop Thirty-One years of Surveillance and repeat attempts of Assassination in Israel until Razz' escaped to the United States in October 1987. Since October 1987 Shin-Bet has continued its Surveillance and Voyeurism of Razz in cooperation with local law-enforcement collaborators in each of the locations where Razz resided (The current illegal collaborators are Sheriff of Crawford County Daniel Perry and Dyer Chief of Police Joshua Winford) (Said Collaboration with a Foreign spy Agency (whose aim is to kill Razz!) against a United States Citizen is absolutely illegal and tramples on the most fundamental protections from tyranny afforded in United States Constitution to United States Citizens and contradicts numerous major Federal Statutes!). (All the while FBI, (the prime American Law-Enforcement Organization tasked with

2

protecting the United States and its citizens from Foreign Spies) has neglected its duty of Preventing Foreign Spy Agencies from operating on United States soil and has even submitted in Federal Court an utterly perjured testimony that was designed to enable the Israeli Spies to continue their illegal Operations on United States soil and potentially harm former Israeli citizen Razz).  None of the American co-conspirators of Shin-Bet has any legal grounds or legitimate cause of action against Razz but for Shin-Bet's fictional, very creative and malicious allegations and insidious instigation against Razz (This is, in fact, an action against the State of Israel pursuant to the **Foreign Sovereign Immunities Act ("FSIA")**, 28 U.S.C. § 1602, et seq.).  The Honorable Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1330(a), 1367, and 1605A because the State of Israel has engaged in a diabolic plot to harm former Israeli citizen, now United States citizen, Yoram Razz, on United States soil.

.

**1.2)**  [Directly under Unites States Constitution and under 42 U.S.C.A. § 1983] Daniel Perry, Sheriff of Crawford County, Arkansas, 4235 Alma Highway, Van Buren, AR 72956, (In his Individual-Capacity).  A description of unconstitutional, illegal, and extremely violative and malicious measures taken by Sheriff Perry and the other defendant Police Chiefs, Sheriffs and Directors is provided below.

.

**1.3)**  [Directly under Constitution and under 42 U.S.C.A. § 1983], Joshua Winford,  Chief of Police, Dyer, Arkansas (In his individual capacity) that can be served at  P.O. Box 149, Dyer, AR 72935.

.

**1.4)**  [Directly under Constitution and under 42 U.S.C.A. § 1983] ,  Joseph Saunders, Fire Chief, Dyer, Arkansas (In his individual capacity) that can be

served at  P.O. Box 149, Dyer, AR 72935.

.

**1.5)** [Directly under Constitution and under 42 U.S.C.A. § 1983] Jonathan Wear, Chief of Police, City of Van Buren, Arkansas, 800 Fayetteville Road, Van Buren, AR 72956 (In his Individual-Capacity) (See Appendix-5).

.

**1.6)** (As Sec. 1983 co-conspirator, [see paragraph 1.6.1 below]) ALDI Inc., A Retail Grocery Stores Chain that is registered with Arkansas Secretary of State as (an ILLINOIS) 'Foreign For Profit Corporation' (Filing# 811036306) (United States Headquarters: ALDI USA, 1540 E Jackson St, Macomb, IL 61455) and can be served through its agent: C T CORPORATION SYSTEM, 124 WEST CAPITOL AVENUE, SUITE 1900, LITTLE ROCK, AR 72201 (See Appendix-5).

.

**1.6.1)** The private defendants can be held liable in a [42 U.S.C.A.] Sec. 1983 action if they act in concert with the state officials in depriving a plaintiff of constitutional rights. Lugar v. Edmondson Oil Co.,457 U.S. 922, S.Ct. 2744, 73 L.Ed.2d 482 (1987). Dennis v. Sparks, 449 U.S. 24, 101 S.Ct. 183, 66 L.Ed.2d 185 (1980). This Court [Citing from **Harry A. BENDIBURG v. Pamela S. DEMPSEY, et al,** 909 F.2d 463] recently set forth the requirements of a Sec. 1983 conspiracy.

.

**2)** It is the intention of Plaintiff, after Defendants respond to Complaint, to file a Motion for a New Trial and Consolidation with this case (For a case filed in year 2002 and decided in year 2005 in the Fayetteville Division of this court, Judge Jim Hendren:  CIVIL ACTION:  02-5184, Razz v ROBERT MUELLER, FBI DIRECTOR, et al;  CIVIL ACTION:  02-5193:  Razz v United States) that, if granted, will add the Federal Bureau of Investigations (FBI) as a defendant in this

4

action in two capacities:  For Injunctive Relief (FBI is illegally enabling, (Instead of performing its duty to protect) the murderous Israeli Shin-Bet spy organization to persecute this United States citizen, who is a former Israeli Citizens, on United States soil) and for damages under the Federal Tort Claims Act (FTCA)  (Judge Hendren consolidated those two actions into one).

.

**3)  Additional Relevant  Law and Background:**

.

**3.1)**  In addition to the jurisdiction cited above against the Law-Enforcement co-defendants (Police) [Constitutional Rights Violations and Section 1983 [Civil Rights] violations] - jurisdiction also emanates under the concept of Supplemental Jurisdiction [28 U.S. Code § 1367]:  '... in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties'.

.

**3.2)**  Service-of-Process of this Complaint on the State of Israel, together with summons, may be made in accordance with 28 U.S. Code § 1608 - Service; time to answer; default.

.

5

**3.3)** Continuing Offense: Defendants' violations of Petitioner's Constitutional and Civil Rights constitute Continuing Offense. They started in October 1987 (Immediately upon Razz's arrival in the United States], never stopped and continue to present time. Law-Enforcement defendants that do not have daily contact with Razz anymore because Razz moved to reside outside their area of jurisdiction, such as the Tulsa County Sheriff and the Governor of Oklahoma, continue to violate Razz Constitutional and Civil Rights whenever Razz re-enter their areas of jurisdiction - which does happen occasionally. Moreover: The warnings that were communicated against Razz to businesses and Government offices, and the blocking of Razz's phone number from contacting any and all Oklahoma Government Offices are still in effect. ['A continuing offense is a violation of the law that occurs over a period of time rather than in a single instance. It is an offense that continues to be committed until it is stopped or prevented'. https://www.lsd.law/define/continuing-offense]. Also see 18 U.S. Code § 3237 - Offenses begun in one district and completed in another.

.

4) Defendants' Transgressions:

.

**4.1)** Sheriff Perry and Police Chief Winford maintain a never-ending (permanent) and very violative, damaging and unrelenting Surveillance, Voyeurism and Sting-Operations campaign against Razz and also run entrapping sting operations whenever Razz leaves home in attempt to artificially manufacture a pretense to arrest Razz. Said Surveillance, Voyeurism and Sting-Operations are orchestrated by Shin-Bet (The main and biggest Israeli Spy Agency that engages in mass murder of its own Jewish-Israeli citizens (Please see the attached Appendices)) whose agents have visited the offices of both Sheriff Perry and Chief of Police

6

Winford and are on a daily contact with these Arkansas officials in the matter of the Surveillance, Voyeurism and Sting-Operations against Razz.

.

**4.2)** The reason for that surveillance and Sting-Operations is the manipulative influence of the State of Israel. Specifically, Israel, a Russian-Derived and Russian-Like State, has a huge and very lethal spy organization called Shin-Bet that executes Jewish-Israeli citizens on a massive scale! (Israel has no Constitution and Shin-Bet operates under the authority of Emergency Laws (Akin to Marshal Law) that indeed allow non-judicial executions!) (Please see the attached Appendices) (The comparable American Spy-Agency is CIA – which is prohibited by Executive Order from operating on United States soil; Shin-Bet is not geographically restricted and operates primarily inside Israel but also outside Israel). Shin-Bet's thirty seven (37) years of Electronic Surveillance, Voyeurism and Sting-Operations against Razz in the United States follow Thirty-One years of similar Surveillance, Voyeurism and Sting-Operations in Israel (And Canada and Greece) – in reflection of the Israeli policy of Life-Time Surveillance, Voyeurism and Sting-Operations (Which ends only when the Target is killed or die).

.

**4.3)** The total number of ordinary Jewish-Israeli citizens murdered by Shin-Bet since its establishment in year 1950 by David Ben-Gurion [The First Prime-Minister of Israel who was a devout Communist and formed Shin-Bet in the image of "Cheka" - the Russian Secret-Police and Spy-Organization that brutally killed millions of Russian Citizens in the name of the Communist-Revolution] - that number is in the neighborhood of One Million (1,000,000) (Razz will demonstrate this calculation in Trial or earlier opportunity), This horrendous mass-murder of Israeli Jews by Shin-Bet is exceeded only by the Germans who annihilated half the Jewish people (5.7 Million Jews) during the rise of the "Third Reich" (1933 -

7

1945).

.

4.4)  Among those Israeli Jews that were executed by Shin-Ben is Complainant, Yoram Razz, who was executed by Lethal-Injection to his Right Upper Arm in early year 1957  -  but miraculously and inexplicably awoke on the way to the morgue (Please see the attached **Appendix-1**).  Surprised and perplexed by Yoram's survival of a very lethal poisoning - Shin-Bet put Yoram Razz under surveillance at the age of Two (2). That surveillance was never terminated and it is now in its 69th year!  It is not possible to write about the silent mass-killing of Jewish-Israeli citizens as all publications in Israel require pre-approval by the military censure who, as a general rule, does not allow any writings about Shin-Bet, let alone publications that accuse Shin-Bet of mass-murder, and writing about this subject from outside Israel is very dangerous and people are afraid!

.

4.5)  Said Surveillance, Voyeurism and Sting-Operations have been in effect in Crawford County since January 2012 when Razz bought a house in Alma, Arkansas, and moved to live in it (For 12 continuous years, in accordance with the Shin-Bet practice of life-time-surveillance (Please see the attached Appendix-1)).

.

4.6)  Before Shin-Bet instigated the surveillance against Razz in Crawford County, Arkansas, it instigated similar surveillance and sting-operations in each and every locale in which Razz resided since his arrival in the United States in October 1987 for thirty-seven (37) continuous years!  Most notably, Razz's home was similarly under Surveillance and Voyeurism in Bienville Parish, Louisiana, between 1991 - 2002 (The term Voyeurism is used in these pleadings to indicate that hidden video cameras were installed inside Razz's home (By Shin-Bet) and a team of Sheriff Deputies would watch their capture around the clock in the Sheriff' Office.

Furthermore, a great number of cameras were illegally installed and they capture the entire house – including the bathrooms and the bedrooms. This is indeed the current situation in Crawford County, Arkansas. Monitors that display the capture of the Voyeuristic System were also installed in the Office of the Dyer City Police and it was used, inter alias, to set police-radar ambush operations near Razz' home that were intended for Razz only; to run women in front of Razz's house when he was working in his yard and for other Sting-Operations) (Dyer city police cars appear at the road in front Razz's home whenever a delivery truck (Such as Fedex or UPS) make a delivery – to see what Razz Received).

.

**4.7)** American Police seem to admire the Israeli Spies; seem not to understand the difference between Law-Enforcement and Spy-Agency, and some very erroneously assume that when dealing with security matters the limitations imposed by United States Constitution are superseded by the Security Concerns and the Constitution no longer applies and can be ignored. This is the **<u>Corrupting Effect</u>** of Israel over the United States!

.

**4.8)** Thus: Shin-Bet illegally installed a battery of secret Video and Audio bugs inside and outside Razz's house and had them connected to the Crawford County Sheriff's Office in Van Buren, Arkansas, and to the office of the Dyer Chief of Police, who are illegally monitoring Razz's activities around-the-clock inside his home since January 2012. (In the Crawford County Sheriff's Office the Deputy in charge of the team that watches Razz around the clock through the illegal Observation System installed by Shin-Bet is presumed to be **Sheriff Deputy Chris Martin**). They report to Shin-Bet and receive instructions from Shin-Bet – which remains "The Boss" of this operation. This audacious treating of United States soil as if it was an extension of Israeli soil has no legal

9

foundation; it contradicts the fundamentals of United States Constitution; negates United States Sovereignty and violates major Federal Statues!

.

**4.9)** Sheriff Perry is listening to Razz's telephone conversations and Internet Communications as well. Such wiretapping requires a warrant from competent court which was never granted (And never requested).

.

**4.9.1)** Using the information that the Crawford County Sheriff gained from illegally listening to Razz's telephone conversations – the Sheriff engaged in illegal and deceitful plots to manufacture false pretext to arrest Razz and dispose of him for good. Specifically, since Razz was a single man who was dating women, the Sheriff would contact those women, falsely tell them that Razz was a dangerous sexual offender who was attacking women and ask their cooperation in nabbing Razz. They would ask the woman to keep her date with Razz and would give her a remote-control alarm button so that when Razz supposedly attack she could activate the alarm and then the officers that were hiding nearby would swoop on Razz and arrest him. If the date was scheduled outside Crawford County the Sheriff would contact the Police in the location of the date (County Sheriff or City Police). For Example: In one case Razz had a date in Oklahoma City (OC) with an OC woman and the local Oklahoma City police, acting on behalf of the Crawford County Sheriff, attempted to arrest Razz by pressuring Razz's date to press the alarm button. When she refrained from pressing the alarm (Because Razz did not attack her) a police officer approached the car in which the woman and Razz were sitting and more forcefully tried to persuade her to trigger the arrest of Razz. She declined and stood her ground. Razz then understood what was happening and terminated the date to return home. Similar attempts to persuade Razz's dates to have him arrested happened in Sebastian County Arkansas and in Washington

10

County, Arkansas. Razz had then decided to quit dating women as the plotting Sheriff of Crawford County was repeatedly exploiting illegally listening to Razz's phone conversations to contact Razz's dates in attempt to falsely manufacture a pretext to arrest Razz as sexual-offender and thus destroy Razz's life!

.

**4.10)** To the degree that sheriff Perry relies on the Patriot Act for legitimacy - use of the Patriot Act must be done in strict adherence to its terms and a written notice must be given to the Target at the end of each period (Usually three (3) months). No such notice was ever received; hence, Sheriff Perry and Chief Winford are not operating under the authority of the Patriot Act.

.

**4.11)** Not only that the phone and Internet surveillance are illegal and compromising Razz' privacy, their surveillance equipment sometimes malfunctions and causes interference: It sometimes causes caller-id to report wrong caller number! On the Internet it sometimes causes the Internet Security System to suspect that someone is trying to hack the system which results in websites preventing access. In particular Sheriff Perry's faulty tracking system sometimes causes Razz to have to change his password each time he tries to connect to his bank as it causes the security system of the bank to panic and lock the account!

.

**4.12)** In addition to illegally tracking Razz on Phone and Internet and illegally conducting 24 – 7 Voyeurism of Razz through illegally installed hidden video cameras inside and outside Razz's home (Obviously without a warrant from a Competent Court!) - There is modern technology that "can see through walls". If Sheriff Perry is using from-afar one of those high-tech cameras that can see through walls - it requires obtaining a warrant as well which he did not obtain. See Kyllo v United States, U.S. 27 (2001).

11

.

**4.13)** The fact that video and audio spy equipment has been illegally installed inside Razz' home and Sheriff Deputies are constantly watching Razz in very private moments is particularly disturbing and make Razz want to move out of this illegally "bugged" house as soon as possible!

.

**4.14)** Installing hidden surveillance cameras inside the Target's home and particularly inside the Target's bedroom and bathroom are well known Shin-Bet trademarks and modus-operandi, which Razz has experienced in Israel and elsewhere. Razz suspects that the illegal surveillance equipment at his home is Israeli-made and Israeli-Shin-Bet installed; then connected to the premises of the American co-conspirators of Shin-Bet (Sheriff Perry and Chief of Police Winford) who, in essence, serve as local agents of the Israeli Spy Agency.

.

**4.15)** Said subordination leads to an acute violation of a major Federal Statue: Sheriff Perry and Chief Winford are working under initiative, instructions and control of the Israeli spy organization Shin-Bet against a United States citizen (While FBI, who is supposed to protect American Citizens on United States soil from foreign spies is, instead, cooperating and covering for Shin-Bet in its illegal operations) (FBI covered for Shin-Bet by submitting perjured testimony in Federal Court in the Trial of Razz's 2005 action against FBI (This perjury will be shown in the expected motion for a new trial and consolidation with this case))). Such spy "work", <u>even if done for free</u>, requires registration with the Department of Justice/NSD FARA Unit under The Foreign Agents Registration Act (FARA). Sheriff of Crawford County and Dyer Chief of Police have failed to register with the Department of Justice as required by law (Maria Butina, a Russian student studying in the United States, was arrested, convicted and spent more than a year

12

in Federal prison for failing to register as a foreign agent).

.

**4.16)**  The State of Israel is **not** a member in the Union; it is a foreign country.  As such surveilling or attempting to kill former Israelis who reside in the United States is illegal and justify a particularly high damage award against the State of Israel. It is illegal for a foreign intelligence services to operate without authorization in the US.  FISA:  **Foreign Intelligence Surveillance Act of 1978:**  Under FISA, **anyone who engages in electronic surveillance except as authorized by statute is subject to both criminal penalties and civil liabilities**.  In addition, the statute creates a cause-of-action for private individuals whose communications were unlawfully monitored. The statute permits actual damages of not less than $1,000 or $100 per day.  In addition, that statute authorizes punitive damages and an award of attorney's fees.

.

**4.17)**  The Sheriff of Crawford County and Chief of Police of Dyer, Arkansas, are working hand in hand in running the Shin-Bet Surveillance, Voyeurism and Sting-Operations against Razz and in violating Razz' Constitutional Rights as instructed and controlled by the Israeli Shin-Bet Spies in an effort to trap Razz into arrest and / or have him killed; thus all Constitutional and Civil-Rights violations attributed to the Crawford County Sheriff apply to the Dyer Chief of Police as well.

.

**4.18)**  This action seeks to stop the illegal surveillance, Voyeurism and sting-operations by Shin-Bet and its American cronies, Sheriff of Crawford County and Dyer Chief of Police, and to receive just financial compensation for thirty seven (1987 - 2024) years of misery, suffering and humiliation that said Defendants illegally and egregiously inflicted on Complainant.  Razz seeks a particularly large amount against the State of Israel due to the length (Thirty Seven (37) years in the

13

United States) and extreme degradation of quality of life they inflicted.  Israeli Spy
Organization Shin-Bet pursued Razz since his arrival in the United States in
October 1987, they contacted Razz on several occasions in attempt to persuade him
to return to Israel; contacted his employers and caused his firing under false
propaganda;  Interfered with his personal relations and caused Social Isolation;
Repeatedly Interfered in legal disputes that involved Razz and provided "Dirt on
Razz" to his opponents;  Caused Razz to lose his home in Bienville Parish,
Louisiana, and to become HOMELESS for nine and a half (9 ½) years (June 2002
– December 2011);  Falsely reported Razz to the FBI and local police as Extremely
Dangerous Terrorist and caused the adding of Razz's name to the FBI Terrorist List
(Razz's name also frequently appeared in the FBI anti-terrorism magazine that was
published by-weekly after 9/11 Terrorist Act - as the most dangerous suspected
terrorist in North America) and the opening of thirty-two (32) FBI-Investigation
Files against Razz - all without any factual basis and strictly based on the Israeli
Shin-Bet's malevolent and very fertile Imagination and their strong desire to
avenge against him because he humiliated the Shin-Bet Spy Agency by surviving
their Lethal-Injection and by leaving Israel for good - Instead of fighting with IDF
as Israeli men are expected.  Shin-Bet also attempted to have Razz seized and
locked in a close Psychiatric Institution in the State of Arkansas (With the Aldi
Grocery Store inviting and submitting to Shin-Bet Control of their premises, of
their security system and use of Aldi female-employees as sexual bates in those
Shin-Bet sting operations in the Van-Buren Aldi store mainly in late year 2019) to
be used to manufacture pretext to arrest Razz – but failed because their attempt
was based on issuing  Freudian Psycho-Babel Opinions while Arkansas Law
requires actual violation and corresponding factually based arrest – which Shin-Bet
failed to provide.  Fabrications by Shin-Bet that baselessly claimed that Razz stalk
women and attack them were falsely, irresponsibly and illegally distributed by

14

American law-enforcement (Based on Shin-Bet claims and nothing more) to businesses, government offices and others organizations and caused enormous damage and humiliation.  Shin-Bet also falsely claimed that Razz is a Drug-Dealer which caused extensive police measures to be applied against Razz – as described in Appendix-1.

.

**4.19)**  As stated above Shin-Bet, which is a spy organization whose main "business" is the killing of Jewish-Israeli Citizens within Israel, and not a law-enforcement organization proper (Ordinary Shin-Bet agents do not have the power to arrest) has issued false information to American Law Enforcement claiming that Razz Stalk-Women and that Razz is a Drug Dealer.  Issuing lies and false claims and killing people are typical of spy-organizations which exist precisely because law-enforcement organizations are not allowed to kill and to lie and defraud. Despite the fact that there was no evidence whatsoever to support the **Stalking-Women** and **Drug-Dealing** allegations, American Law-Enforcement widely circulated those false and very frightening allegations to businesses and Government Offices (Including the United States Courthouses where One Deputy Clerk of Court in the Federal Building in Fayetteville, Ms. Terry Anderson, would suffer a panic attack and require Courthouse Guards to surround her, as well as psychological counseling, each time that Razz entered the building for a few minutes to file pleadings).  Those warning against Razz caused him to be surrounded by police and Guards every time he entered a store, such as a grocery store or an office as if he was a known and dangerous criminal!  Some stores, such as Home Depot, became inaccessible to him.  One store, the Aldi Grocery Store made extreme efforts over ten years (2014 – 2024) to have Razz arrested!  Razz's allegations against Aldi and the Van Buren City Police are described in **Appendix-5** – which is an integral part of these pleadings.

15

**4.20)** Razz is also seeking in this action injunctive relief and high monetary compensation from said Arkansas Police Defendants (And also from Dyer Fire Chief Saunders) for Home-Invasion and Attempted Kidnapping that occurred on July 23, 2024, that almost killed Razz and that continues to threaten his life.

**5)** Home-Invasion and Attempted Kidnapping:

**5.1)** On Saturday morning, July 20, 2024, while in his home's kitchen, Razz suddenly collapsed (Which never happened before). As he tried to rise he discovered that the entire left side of his body was paralyzed: From the left chick of his face that became num, through the left arm and hand, to left leg and foot - all paralyzed, and it became apparent later - also the digestion system and the "plumbing system" of the body - everything became paralyzed. Razz resides alone.

**5.2)** Since Sheriff Perry monitored Razz through illegally planted video cameras at Razz's home he saw that Razz collapsed.

**5.3)** After some hours of struggle Razz managed, with only his right arm and right leg working, to crawl to his bedroom and to climb atop the bed.

**5.4)** Razz was very careful not to call 911 because had he called 911 he would have been taken to a hospital and probably operated upon (Despite his objection) by surgery; they would drill into his head and thus kill him. Razz knew that in order to survive he must use the methods of Traditional Medicine that he has been practicing all his life; not intrusive medicine where they drill and cut into the brain

16

and then virtually all patients either die during the operation or within three months after the surgery!

.

**5.5)** The reader is advised that there had been several country-wide Doctors-Strikes in Israel, during which no surgical operations were performed. Each such strike lasted a few months until the Government and the Union of the Doctors agreed on the amount of raise. During all such strikes the rate of death in Israel has stunningly reduced! This phenomenon was studied scientifically. See, for example:

"Doctors' strike in Israel may be good for health" by Judy Siegel Itzkovich , June 10, 2000 (NIH, National Library of Medicine).

.

**5,6)** (Above publication is about the year 2000 Doctors Strike in Israel but the stunning phenomenon that when Doctors stop performing surgeries the rate of mortality sharply decreases has recurred in all previous Doctors' Strikes in Israel - and there were several - each lasting 3 - 5 months). It is the firm opinion and conclusion of Razz that surgical-operations [aka Intrusive Medicine] are extremely violent attacks against the body that cause tremendous injuries and that almost all illnesses can be treated, instead, through do-no-harm natural remedies such as eating certain herbs, leaves, vegetables or fruits.

.

**5.7)** Prior to the July 20, 2024 Collapse Razz was in good health, did not have any known health issues, was not using any medication and was maintaining his house and his motor-vehicles by himself. Razz does not know what caused the collapse and paralysis but he knew it was not a stroke. Razz, who obviously is familiar

17

with his health-history and his body, believes it was a POISONING of some sort, The militarist State of Israel is known for development of a myriad of sophisticated, remotely-operated deadly spy instruments ("James Bond Gadgets") that are used by Shin-Bet and Mossad (Mossad is a much smaller Israeli spy Agency that was originally created to locate and assassinate Palestinians living in Europe and later tasked with assassinations and sabotage in various Arab and Muslim countries, primarily Iran).  Given those capabilities and remembering previous Shin-Bet assassination attempts against him and their OBSSESION to stalk him until his last day – Razz suspects that his July 20, 2024, collapse may not have been accidental and was indeed another Shin-Bet assassination attempt of him.

.

**5.9)**  A proof that this was not a stroke came immediately:   Razz, who is a Scientific Programmer by profession, spent the rest of Saturday writing mathematical code with his right hand on his laptop computer that was placed on the ottoman aside the bed.   (Obviously, that would not be possible with a stroke),

.

**5.10)**  There is even a theoretical proof that it was not a stroke:  Blood Clouts that block veins or arteries are made from oils derived from meat.  If One does not eat meat at all - there will be no blood clouts and no stroke, cardiac arrest or thrombosis for him.  Razz is a strict vegan who eats vegetables and fruits exclusively.

.

**5.11)**  Razz also knew that detoxifying from the poisoning may take a few months and that meantime he needs help to perform house chores.  Therefore, Razz called on Monday Morning (July 22, 2024) the Fort-Smith CARE-GIVER company of Home-Instead, which provides in-home supportive services.

.

**5.12)** Director of Client Care and Business Development, Steven Gosch, said that he will come to Razz's home the next morning (Tuesday, July 23, 2024) to examine the premises and to have Razz sign a written agreement of care-giving.

.

**5.13)** Mr. Gosch did arrive early Tuesday morning (July 23, 2024) at Razz's home and Razz disclosed to him (On the phone) where a hidden key could be found (Paralyzed and unable to stand - Razz could not walk to the front door to unlock it). Mr. Gosch did find the hidden key, but it was discovered that the dead-bolt was also locked and the hidden key would not unlock the dead-bolt. There were no Locksmith in the Dyer / Alma area and Razz, who was Running out of options, called the Dyer Fire Chief and ask for his assistance in opening the front door. Razz did not ask for any other help from the fire Chief and did not disclose to the fire Chief that he became paralyzed (Razz said that he broke his leg and therefore he could not walk to the front-door to unlock it).

.

**5.14)** Fire Chief Saunders did arrive and open the front-door as requested. Then he walked to Razz's bedroom and said: Hi Mr. Razz, how are you? Razz thanked him for opening the door and said that he was fine and does not need any further help. Mr. Saunders said: OK and left Razz's house.

.

**5.14.1)** Since Sheriff Perry monitored Razz through illegally planted video cameras at Razz's home he saw that Razz collapsed. On Tuesday morning, July 23, 2024, after Razz called the Dyer Fire Chief and asked for help in opening a locked door, the Sheriff contacted the Dyer Fire Chief, told him that Razz had a stroke, and asked him to lead and command a task-force of Sheriff Deputies into Razz's home for the purpose of forcefully removing Razz out of his home and into

19

an ambulance that will take Razz, against his will and against his 14th Amendment Constitutional Right to Refuse Medical Treatment, into a hospital (where he would probably be brain-operated, despite his objection, and die during surgery or within three (3) months afterwards – as virtually all such brain-operated patients so die).

.

**5.14.2)** About an hour later, As Mr. Steven Gosch and Razz were discussing the care-giving agreement in Razz's bedroom, suddenly the door opened and a large number of people (More than Twenty (20)) who were not wearing uniform or any identifying tags, but appeared to be Crawford County detectives, poured into the bedroom (The only one that Razz recognized was Joseph Saunders, the local Fire Chief. He appeared to be their commander). When asked who they were and what were they doing in Razz's home they would not answer this question directly but said that Razz had a **Stroke** and he must be transported via Ambulance to a hospital where Brain-Surgeons would drill into his skull and "clean" the brain hemorrhage. None of them had permission to be in Razz's house and Between 10 - 15 of them surrounded Razz's bed in preparation of forcefully seizing Razz' body and forcefully and violently loading his body into an Ambulance. Razz was steadfast in his refusal and said he had a legal right to refuse medical treatment. Razz also told them that a person that just had a stroke usually cannot speak at all or has a slurred speech while Razz's speech was not slurred (i.e. Razz did not have a stroke!). Razz also tried to explain to them that he was a strict vegan and that vegans cannot have stroke due to the clots that cause blockage of blood vessels must come from meat! This illegal home-invasion continued as a fierce argument for the next four (4) hours while Razz was hurting and suffering and his body that was trying to recover from the sudden paralysis was instead agitated by the constant harassment of these plain-clothed Sheriff-Deputies Home-Invaders and Kidnappers! They anchored themselves around Razz's bed and would not leave!

20

**5.15)** During the entire 4 or 5 hours of the Home-Invasion Mr. Saunders would go out of Razz's bedroom every 20 - 30 minutes and quickly return. He appeared to be reporting and receiving instructions on the police radio from the Sheriff's Office.

**5.16)** After about four (4) hours of stalemate, with Razz absolutely refusing to be removed from his home and the illegal intruders refusing to leave, suddenly Fire Chief Saunders ushered into Razz's bedroom a pair (man & woman) ambulance workers - with Razz becoming very alarmed and repeating his claim that he has a legal right to refuse medical treatment and that none of the invaders had the right to be in his house. Mr. Saunders said that the ambulance team will just take Razz's Vitals (e.g. heart-rate, blood-sugar) and then they would let Razz sign a release form (Acknowledging that he refuses treatment) and leave. Without asking Razz's permission the ambulance workers took Razz's Vitals - which were perfectly normal. Suddenly, those 10 -15 Crawford County CID Detectives **pounced** on Razz and grabbed his body to forcefully remove him from his own house and onto the Ambulance to transport him to a hospital against his will!

**5.17)** By the grace of God there was a intervention that saved Razz' life: Mr. Steven Gosch, the care provider who quietly sat on a cushion next to Razz bed during the 4 - 5 hours home-invasion ordeal, suddenly jumped on his feet and argued against Fire Chief Saunders that Razz appeared to him to be of clear and sane mind; that everything that Razz told him sounded normal, plausible and accurate; that Razz is clearly capable of deciding for himself and that the invaders, under these circumstances, appeared to be violating Razz's right to refuse medical treatment! The eloquent Mr. Gosch also exclaimed that the intruders' actions

21

amounted to Kidnapping!  I saw Fire Chief Saunders face when Mr. Gosch spoke and accused him of kidnapping;  Mr. Saunders appeared to be very annoyed by this accusation and apparently regretted that he had been manipulated by the Sheriff into leading an illegal home-invasion and kidnapping Operation.  <u>Fire Chief Saunders then abruptly changed course</u>:  He motioned the Crawford County Sheriff Deputies to let go of Razz's body.  Then Razz was given by the ambulance team a Release Form to sign - which he gladly did - and the entire unauthorized and violent Gang of home-invaders and kidnappers finally walked out of Razz's bedroom and out of Razz's house!

.

**6)** VOYEURISM:

.

**6.1)**  Razz did not have a Stroke.  So why did the Sheriff mistakenly conclude that Razz had a Stroke?  The answer, as explained above, is that Razz has been under tight Surveillance by the Israeli Spy-Organization Shin-Bet, and its American Collaborators, Shin-Bet has "bugged" all of Razz's houses / apartments since Razz arrived in the United States in October 1987.  In each of Razz's area of residence the Surveillance Equipment was connected for around-the-clock monitoring to the office of a local Sheriff and / or Chief of Police.  This arrangement appears to be carried with the full blessing and support of FBI.  Shin-Bet also similarly "bugged" Razz's places of residence in Israel - but with a big difference:  Shin-Bet operates in Russian-Derived and Russian-Like security-obsessed and extremely militarist Israel under Emergency-Laws (Akin to Marshall Law) that allows them to do whatever they want - including non-judicial executions;  In Contrast, placing hidden Video cameras with Audio inside an innocent man's home and watching him around-the-clock (24 / 7) through those hidden cameras and audio spy devices for thirty-seven years continuously **cannot legally** be done in the United States!  It

22

amounts to Voyeurism - which is a crime and a massive assault against all Individual's protections from tyranny promised in United States Constitution. Has the corruption of American Law-Enforcement by the Israelis reached such an extreme level that American police disregard United States Constitution and obey, instead, illegal orders from a Foreign Spy Agency?

.

**6.1.1)** In short; The Sheriff Deputies that were monitoring Razz through the illegally planted video cameras in Razz's home saw Razz's collapse and saw that he could not use his left arm and leg when he tried to rise. They concluded that Razz had a Stroke. Razz's symptoms, namely the paralysis, were indeed similar to stroke. But there was a key difference which gave rise to hopes of quick recovery: In a typical case of stroke the patient' blood vessels in the brain burst which cause bleeding. Razz did not suffer internal bleeding! Razz believes that the shutdown inside his body of organs and extremities was the result of a toxic shock – not internal bleeding! This "little" difference is the foundation of Razz' strategy to give the body sufficient time to recuperate on its own while avoiding intrusive-medicine (No surgeries of any kind!) and avoiding synthetic medications that can also harm the body.

.

## 7) GRADUAL RECOVERY:

.

**7.1)** Razz has concluded that his July 20, 2024 collapse and paralysis was the result of Poisoning! Razz was very close to dying but somehow survived. The body has a way of detoxifying itself but sufficient time-window is essential (As can be learnt from the Salisbury Poisoning case of **Sergei and Yulia Skripal:** Former Russian double agent Sergei Skripal and his daughter Yulia were poisoned by nerve agent Novichok in Salisbury in Wiltshire, England in 2018). Four days after his

23

collapse Razz' Digestion System and "Plumbing System" resumed normal operation. Five days after the collapse Razz received mobility aids (Wheelchair, Walker and Cane) and used them for about ten (10) days, afterwards Razz's condition has improved to the degree that he was able to walk (slowly) on his own without those mobility aids. Six days after the collapse Razz was able to take his first shower alone without falling. Two and a half weeks after the collapse Razz worked in his kitchen for three (3) hours and baked six (6) loaves of natural bread (No preservatives, no chemicals). Three weeks after the collapse Razz was able to drive for shopping to Walmart (Easy with Motorized cart) and Aldi (Difficult, no motorized buggy, must push a shopping cart). Five weeks after the collapse Razz was able to open the refrigerator's door with his left hand. Razz's body continues to slowly recover and improve as each new day brings new capabilities and renewed functioning – though it is a gradual and slow process. Razz is very happy that the illegal plot of Sheriff Perry to manipulate Fire Chief Saunders into forcefully kidnapping Razz from his own home against his will and in contravention of the law was foiled - or Razz would have been killed by the Intrusive-Methods of the hospital! There is still fear that one of those Arkansas Officials that tried to kidnap Razz on July 23, 2024, will retry again! Thus, Razz is urgently seeking from the Honorable Court a Declaratory Judgment that confirms his 14th-Amendment Right to refuse Medical Treatment.

.

**7.2)** It continues to be Razz's firm belief that hospitals are very dangerous places to enter due to their practice of Intrusive Medicine (Unnecessary, irreversible and extremely injurious Surgical Operations; Use of potent Synthetic Drugs - all of which have Severe Negative Side-Effects; and potential for Medical Errors!).

.

**7.3)** It should be noted that a hospital is effectively also a jailhouse: Once

24

admitted the patient cannot walk-out at will.  A signed release from the Treating Doctor must first be obtained - or else the patient remains in the hospital.

.

**7.4)**  The fact that Razz's body is improving and recovering on its own lends further credibility to the theory that the collapse of July 20, 2024, was the result of poisoning – rather than a stroke or some other internal bodily failure!

.

**8)**  Financial Compensation Sought:

.

**8.1)**  The Plaintiff, Yoram Razz, demands the following total figures of financial compensation from each of the Defendants in proportion to the duration of the transgression, the severity and illegality of the violation, the level of damages and injuries incurred and the audacity and egregiousness of the offender in trashing or disregarding the mandates of United States Constitution, and the Civil Rights Act (Section 1983),  Federal Law and State Law.  This amount will also serve as the amount of Default-Judgment that Plaintiff will move the Honorable Court to award him - in the event that a served Defendant fails to respond.

.

**8.2)**  State of Israel:  Plaintiff, Yoram Razz, demands Ten Million Dollars ($10,000,000) for each of the Thirty-Seven (37) years Shin-Bet stalked and persecuted him in the United States for a total amount of Three Hundred Seventy Million Dollars ($370,000,000) demanded from the State of Israel.

.

**8.2.1)**  As demonstrated through Razz' pleadings, the Spy Agencies of the State of Israel are roaming the American landscape and running illegal, bold and injurious spy schemes against United States citizens!  Even worse:  The Israeli spies have a corrupting influence on American Sheriffs and Police and they teach them how to

25

ignore United States Constitution and Law, as well as States Constitution and State Laws, and run rogue and injurious Israeli-Style operations against their own American people just as the Israelis do to their own Israeli people in Israel (Which are being mass-murdered as described in Appendix-1). What is the point of FBI protecting America from Russian and Chinese interference if at the same time Israeli Agents are trampling all over United States Constitution and making mockery of the fundamental and sacred American Values of Freedom and Protection from Tyranny? The Honorable United States District Court is the last line of Defense of United States Constitution and fundamental American Values from the encroaching, corrupting and overtaking Israeli Spy Agencies. A country that does not defend its borders, its sovereignty and its Constitution will not stand! The Honorable United States District Court should express its rage against the illegal Israeli spy actions in the United States by ruling a high award for the victim of the Israeli rogue operations on United States soil.

.

**8.3)** Sheriff Perry: Plaintiff, Yoram Razz, demands Fifty Million Dollars ($50,000,000) from Daniel Perry, Sheriff of Crawford County, Arkansas, for twelve (12) years of illegal and abusive Surveillance, Voyeurism and Sting-Operations and for illegally invading Razz' home and attempting to kidnap him and forcefully transport him to a hospital against his will and despite his Constitutional Right to refuse Medical Treatment.

.

**8.4)** Chief of Police Winford: Plaintiff, Yoram Razz, demands Twenty Five Million Dollars ($25,000,000) from Joshua Winford, Chief of Police, Dyer, Arkansas, for twelve (12) years of illegal and abusive Surveillance, Voyeurism and Sting-Operations.

.

26

**8.5)** Fire Chief Saunders: Plaintiff, Yoram Razz, demands Two Million Dollars ($2,000,000) from Joseph Saunders, Fire Chief, Dyer, Arkansas, for illegally invading Razz's home and attempting to kidnap him and forcefully (With the aid of about 25 Sheriff Deputies) transport him to a hospital against his will and despite his Constitutional Right to refuse Medical Treatment.

.

**8.6)** Police Chief Wear: Plaintiff, Yoram Razz, demands Twenty Million Dollars ($20,000,000) from Chief of Police Jonathan Wear, City of Van Buren, Arkansas. The case against the Van Buren Chief of Police, together with the case against Grocery Chain Stores Aldi, is detailed in Appendix-5.

.

**8.7)** Aldi: Plaintiff, Yoram Razz, demands Forty Million Dollars ($40,000,000) from Grocery Store Chain Aldi Inc. The case against the Van Buren Chief of Police, together with the case against Grocery Chain Stores Aldi, is detailed in Appendix-5.

.

**9)** Injunctive Relief Sought: Plaintiff, Yoram Razz, prays that the Honorable Court would issue orders against Defendants as follows:

.

**9.1)** Order of Cease and Desist against Sheriff Perry and Chief of Police Winford to immediately stop all Voyeurism, Surveillance and Sting-Operations activity against Razz and to fully and immediately disclose to him the location of all illegally planted video cameras and audio "bugs" inside his house and surrounding his house with sufficient details such that it can be removed.

.

**9.2)** Order against Sheriff Perry and Chief of Police Winford to transfer to Razz

27

any and all media that contains recordings of Razz in his house that were done through the illegally planted Video-Cameras and audio "bugs" and to certify to the Court upon completion that they have no more Recordings of Razz in their possession.

.

**9.3)** Order against Sheriff Perry and Chief of Police Winford and Chief of Police Wear to issue an apology and clarification that will be distributed to all Businesses and Government Offices that were previously issued baseless Warnings against Razz that There was no valid grounds to issue those warnings and that they know of no reason to suspect that Razz was a danger to women or to anyone.

.

**10)** <u>Comment About Format of Lawsuit</u>:  There are legal precedents that speak of a requirement to file separately some types of legal actions such as Tort versus actions that seek injunctive or declaratory relief.  Razz followed those precedents in his 2002 case against the FBI that sought monetary compensation from the United States under the Federal Tort Claims Act (FTCA), while also seeking injunctive relief to stop the FBI / Shin-Bet surveillance of him and the nonsensical inclusion of his name in the FBI's Terrorist List.  However, this resulted in considerable amount of waste of time and money to all involved and the Clerk of Court complained that those two actions grew to be the most voluminous files in their office!  Judge Jim Hendren then decided to consolidate those two actions into one and said that he should have done that from the very start.  It is obvious that there would be even greater savings in this case that names six Defendants. Including all named Defendants in one action also serves the Interest of Justice as it allows the Court to more accurately assess the role that each Party played in this affair (The party that was supposed to prevent Shin-Bet from conducting its 37 - years Surveillance, Voyeurism and Sting-Operations on United States soil, FBI, is

28

still missing from "Quorum").

.

11) In Summary, this is a case about a foreign spy agency with very strong political clout and influence in the United States that made extreme efforts over thirty seven (37) years to destroy an ex-patriot that escaped their persecution in Israel and moved to the United States. The Israeli methods that they used are absolutely illegal in the United States! A strong rebuke of their Operations on United States soil is required or else United States Sovereignty and Constitution will be trampled-on. It also calls for substantial damages due to the duration of the transgressions, their life-wrecking nature, the audacity and egregiousness of the violations and the long-list defiance of Constitutional-Law and Federal Statutes that were recklessly breached.

.

Wherefore Plaintiff, Yoram Razz prays that his Complaint be deemed good and sufficient and that after all required due process a judgment be issued in his favor and against named Defendants granting his desired monetary and injunctive relief plus all Court Costs.


Respectfully Submitted

Yoram Razz

2234 Melody Lane

Alma, Arkansas 72921

September 2, 2024

Tel. (520) 505-1048

Email: RazzScientificSoftware@outlook.com