IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

YORAM RAZZ                                                                                              PLAINTIFF

V.                           Civil No. 2:24-cv-02114-TLB

STATE OF ISRAEL, et al.                                                                         DEFENDANTS

## ORDER

Before the Court is Plaintiff's Rule 11(b)(1) Motion to Sanction Attorney Brett Taylor for Falsely Certifying Service of Motion filed November 15, 2024. (ECF No. 37). A Response to the Motion was filed the same date. (ECF No. 38). Also before the Court is the Separate Defendant Aldi Inc.'s Motion for Leave to File Reply in Support of its Pending Motion to Dismiss filed on November 15, 2024. (ECF No. 39). These matters were referred to the undersigned on November 16, 2024. (ECF No. 40).

Plaintiff's Motion for Sanction (ECF No. 37) is **DENIED**, as it appears from the pleadings that Separate Defendant Perry's Motion to Dismiss (ECF No. 26) was mailed to Plaintiff's address of record, and that a copy was also sent to the e-mail address Plaintiff provided to the Court. Separate Defendant Perry's request for an award of attorney's fees in connection with responding to the Motion for Sanctions is **DENIED**. Based on the e-mail thread attached to both Plaintiff's Motion for Sanctions (ECF No. 37-1) and Defendant Perry's Response thereto (ECF No. 38-2), however, there is a question concerning the Plaintiff's correct e-mail address: RazzScientificSoftware@outlook.com, as reflected in Plaintiff's Complaint (ECF No. 1 at 29) and other pleadings, or razscientificsoftware@hotmail.com, as reflect in the exhibits to the pending Motion for Sanctions and Response. Accordingly, the Plaintiff is DIRECTED to notify the Clerk

1

of Court, no later than Monday, November 25, 2024, of the e-mail address he wishes to use in this litigation.

Separate Defendant Aldi Inc.'s Motion for Leave to File Reply in Support of its Pending Motion to Dismiss (ECF No. 39) is **GRANTED**.  Separate Defendant Aldi Inc. is given until Monday, November 25, 2024, to file its Reply in Support of Motion to Dismiss.

IT IS SO ORDERED this 18th day of November 2024.

/s/  *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE